UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Khay Le,

Plaintiff 04 10463 EFH

vs.

CIVIL ACTION
NO.

Fairhaven Fishing Corp.,
Defendant

## SEAMAN'S AFFIDAVIT

I, Brian S. McCormick, attorney for the plaintiff in the above-entitled action, do on oath depose and say as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

BRIAN S. MCCORMICK, ESQ.
BBO # 550533
Orlando & Associates
One Western Avenue
Gloucester, MA   01930
(978) 283-8100

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

Sworn and subscribed to before me this 4th day of March, 2004.

NOTARY PUBLIC
My Commission Expires: 12/9/05