UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KHAY LE,
      Plaintiff

                     CIVIL ACTION NO.:
  v.                 04-10463-EFH

FAIRHAVEN FISHING CORP.,
      Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

December 14, 2004

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 2:00 P.M. on  Tuesday, July 12, 2005  .

  SO ORDERED.

                    /s/ Edward F. Harrington
                    EDWARD F. HARRINGTON
                    United States Senior District Judge