UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KHAY LE,
                Plaintiff

                                                 CIVIL ACTION NO.:
v.                                       04-10463-EFH

FAIRHAVEN FISHING CORP.,
                Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RE-SCHEDULING ORDER

February 15, 2005

HARRINGTON, S.D.J.

    The Final Pretrial Conference previously scheduled for July 12, 2005 is re-scheduled to **Tuesday, June 28, 2005, at 11:00 A.M.,** in Courtroom No. 13 on the fifth floor.

    SO ORDERED.

                                                 /s/ Edward F. Harrington
                                                 EDWARD F. HARRINGTON
                                                 United States Senior District Judge