UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************
KHAY LE,
          Plaintiff

     v.                                CIVIL ACTION
                                       NO.: 04-10463-EFH
FAIRHAVEN FISHING CORP.,
          Defendant
*******************************
```

## JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Now come the parties in the above-entitled matter and respectfully move this Honorable Court for an Order continuing the Final Pretrial Conference, presently scheduled for June 28, 2005, to a date convenient to the Court after August 10, 2005. As grounds therefore, the parties state the following:

1. The Parties have agreed to go to non-binding mediation, in front of mediator Richard Corbett, on August 10, 2005;

2. The Parties intend to approach the mediation in good faith and with sincere effort to resolve the case;

3. It is in the best interest of the Parties and the Court to avoid the unnecessary time and expense associated with a final pretrial conference at this point, when there exists a genuine opportunity to settle the case on August 10, 2005.

WHEREFORE, the Parties respectfully move this Honorable Court for an Order continuing the Final Pretrial Conference, presently scheduled for June 28, 2005 to a date after August 10, 2005, convenient to the Court.

| Plaintiff, | Defendant, |
|---|---|
| By his attorney, | By its counsel, |
| /s/ Brian McCormick | /s/ Robert Kiely |
| BRIAN S. MCCORMICK, ESQ. | ROBERT KIELY, ESQ. |
| BBO #550533 | BBO #556640 |
| Orlando & Associates | Regan & Kiely LLP |
| One Western Avenue | 85 Devonshire Street |
| Gloucester, MA 01930 | Boston, MA 02109 |
| (978) 283-8100 | (617) 723-0901 |

Date: June 21, 2005