UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KHAY LE,
        Plaintiff

v.                              CIVIL ACTION
                                 NO.: 04-10463-EFH

FAIRHAVEN FISHING CORP.,
        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

All the parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this case be dismissed, with prejudice and without costs.

Plaintiff,
By his attorney,

_____
BRIAN S. MCCORMICK, ESQ.
BBO # 552524
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Defendant,
By its attorney,

_____
ROBERT KIELY, ESQ.
BBO # 556640
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

Date: _____10/28/05_____

Cases/Le/Khay/StipDismissal